**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3819-22

ROBERT SIPKO,

    Plaintiff-Respondent,

v.

KOGER, INC., KOGER
DISTRIBUTED SOLUTIONS,
INC., KOGER PROFESSIONAL
SERVICES, INC., KOGER
LIMITED (DUBLIN), and
GEORGE SIPKO,

    Defendants,

and

RASTISLAV SIPKO,

    Defendant-Appellant.

_____

Argued October 9, 2024 – Decided December 4, 2024

Before Judges Currier and Paganelli.

On appeal from the Superior Court of New Jersey, Chancery Division, Bergen County, Docket No. C-000393-07.

Daniel J. Cohen argued the cause for appellant (Newman, Simpson & Cohen, LLP, attorneys; Daniel J. Cohen and Daniel C. Stark, on the briefs).

Michael S. Stein argued the cause for defendant (Pashman Stein Walder Hayden, PC, attorneys; Michael S. Stein, of counsel; Erik M. Corlett and Timothy P. Malone, on the brief).

PER CURIAM

We have been advised this matter has been amicably adjusted, and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3819-22